IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:23-cr-107-DCB-ASH

CAMERON ANTONIOUS LEE

## FINAL ORDER OF FORFEITURE

Before the Court is the United States of America's Motion [37] for a Final Order of Forfeiture. Having reviewed the Government's Motion, the Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on March 19, 2024, this Court entered an Agreed Preliminary Order of Forfeiture [29], ordering the Defendant, **CAMERON ANTONIOUS LEE**, to forfeit the "**Subject Property**", as described below:

| ASSET ID | Property Description |
| --- | --- |
| 22-ATF-048319 | One (1) Smith and Wesson Pistol, Model SD9VE, CAL: 9mm, Serial No. FCL9334 |
| 22-ATF-048320 | Fourteen (14) Rounds of Assorted Ammunition, CAL: 9 |
| 22-ATF-048321 | One (1) Glock Inc Pistol, Model 43X, CAL: 9mm, Serial No. BTTY470 |
| 22-ATF-048322 | Seven (7) Rounds of ARMCO Ammunition, CAL: 9mm |
| 22-ATF-048323 | 13 (Thirteen) Rounds of Ammunition, CAL: 9mm and One (1) Round of Ammunition, CAL: .380 |

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law and as specified in the Agreed Preliminary Order, and notified any potential third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property. The United States asserts that attempt was made to send direct notice of forfeiture to all known potential claimants by FedEx, which advised them of their right to

petition the Court thirty (30) days from either receipt of notice or the last day of publication for a hearing to adjudicate the validity of their alleged legal interest in the **Subject Property**. *See* Ex. B, Proof of Service, ECF No. 37-2.

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the Defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **Subject Property** is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED, ADJUDGED, AND DECREED this  11th  day of July 2024.

s/David Bramlette
UNITED STATES DISTRICT JUDGE